IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| POWER PLANT ENTERTAINMENT CASINO RESORT INDIANA, LLC, et al., | )<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:11-cv-01133-BEL<br>) |
| v. | ) **ORAL ARGUMENT REQUESTED**<br>) |
| ROSS J. MANGANO, et al. | )<br>)<br>) |
| Defendants. | )<br>) |

## **MOTION TO DISMISS BY DEFENDANT ROSS J. MANGANO**

Defendant Ross J. Mangano, by his undersigned attorneys, hereby move to dismiss the Complaint in the above-captioned matter pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and Rule 12(b)(6) for failure to state a claim upon which relief can be granted. The grounds for this motion are more fully set forth in the accompanying Memorandum of Law and Declaration of Ross J. Mangano, which are incorporated herein by reference.

Dated: May 10, 2011

                        Respectfully submitted,

                        _____/s/_____

Steven F. Barley (Bar No. 10049)
Scott R. Haiber (Bar No. 25947)
Andrea W. Trento (Bar No. 28816)
HOGAN LOVELLS U.S. L.L.P.
100 International Drive, Suite 2000
Baltimore, Maryland  21202
Tel: (410) 659-2700
Fax: (410) 659-2701
E-mail: andrea.trento@hoganlovells.com

*Attorneys for Defendant Ross J. Mangano*