IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

|  |  |
|---|---|
| POWER PLANT ENTERTAINMENT CASINO RESORT INDIANA, LLC, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ROSS J. MANGANO, et al. <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) No. 1:11-cv-01133-BEL |

**STIPULATION AND ORDER EXTENDING CERTAIN DEADLINES**

WHEREAS, on April 29, 2011, Defendants The J. Oliver Cunningham Trust dated February 26, 1971, The Anne C. McClure Trust dated February 26, 1971, The Jane C. Warriner Trust dated February 26, 1971 (collectively, the "Trust Defendants"), and Ross J. Mangano (together with the Trust Defendants, the "Removing Defendants"), removed certain claims and causes of action (the "Removed Claims") asserted in a state court proceeding captioned *Power Plant Entertainment Casino Resort Indiana, LLC, et al. v. Ross J. Mangano, et al.*, No. 24C11001014 (Cir. Ct., Baltimore City) to this Court (*see* Dkt No. 1); and

WHEREAS, on May 4, 2011, and May 10, 2011, respectively, the Trust Defendants and Defendant Mangano filed motions to dismiss the Removed Claims in this Court (the "Motions to Dismiss") (*see* Dkt Nos. 19, 21); and

WHEREAS, on May 6, 2011, Plaintiffs Power Plant Entertainment Casino Resort Indiana, LLC, PPE Casino Resorts Maryland, LLC, and The Cordish Company collectively filed a Motion for Abstention and Remand regarding the Removed Claims in the parallel proceeding to this action pending in the United States Bankruptcy Court for the District of Maryland (the

"Motion to Abstain or Remand") (*see Power Plant Entertainment Casino Resort Indiana, LLC, et al. v. Ross J. Mangano, et al.*, Adv. Proc. No. 11-00336 (Bankr. D. Md.) (Dkt No. 5)); and

      WHEREAS, the Parties are in agreement that the pending Motion to Abstain or Remand should be resolved prior to the resolution of the Removing Defendants' Motions to Dismiss; and

      WHEREAS, the Parties also are in agreement that, should the Removed Claims be remanded, in whole or in part (the "Remanded Claims"), to state court before the Removing Defendants' Motions to Dismiss are adjudicated, the Removing Defendants shall re-file their motions to dismiss conformed to comply with pertinent state court practice in the appropriate state court within seven (7) days of remand (or as soon thereafter as practicable, in the event the appropriate state court is not able at that time to accept filings regarding the Remanded Claims);

      WHEREAS, the Parties are also in agreement that, should the Plaintiffs' Motion to Abstain or Remand be denied, in whole or in part, the Plaintiffs shall have fourteen (14) days following the denial to file any opposition or response to Defendants' Motions to Dismiss;

      It is hereby ORDERED that Plaintiffs' time in which to oppose or otherwise respond to the Removing Defendants' Motions to Dismiss is hereby extended, and Plaintiffs shall file any opposition or response to Defendants' Motions to Dismiss no later than fourteen (14) days following a denial, in whole or in part, of Plaintiffs' Motion to Abstain or Remand.

Dated: May 13, 2011

| On behalf of the Plaintiffs: | On behalf of the Removing Defendants: |
|---|---|
| /s/ | /s/ |
| Robert J. Weltchek (Bar No. 00954) | Steven F. Barley (Bar No. 10049) |
| WELTCHEK MALLAHAN & WELTCHEK | Scott R. Haiber (Bar No. 25947) |
| 2330 West Joppa Road | Andrea W. Trento (Bar No. 28816) |
| Suite 203 | HOGAN LOVELLS US LLP |
| Lutherville, MD 21093 | 100 International Drive, Suite 2000 |
| Tel: 410-825-5287 | Baltimore, Maryland 21202 |
| Fax: 410-825-5277 | Tel: (410) 659-2700 |
| E-mail: rweltchek@wmwlawfirm.com | Fax: (410) 659-2701 |
| | E-mail: andrea.trento@hoganlovells.com |

(*Signed by Andrea W. Trento with permission of Robert J. Weltcheck*)

It is SO ORDERED:

_____            _____

Date                                                              United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| POWER PLANT ENTERTAINMENT CASINO RESORT INDIANA, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 1:11-cv-01133-BEL ) |
| ROSS J. MANGANO, et al. | ) ) |
| Defendants. | ) ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of May, 2011, a copy of the foregoing Stipulation and Order Extending Certain Deadlines was filed via the Court's electronic filing system and served on all counsel registered to receive service via the same, and served by First Class Mail, postage prepaid, on the following:

| | |
|---|---|
| Frank Stronach<br>337 Magna Drive<br>Aurora, Ontario<br>L4G 7K1<br>Canada | Maryland Jockey Club of Baltimore City, Inc.<br>The Corporation Trust, Inc.<br>351 West Camden Street<br>Baltimore, MD 21201 |

/s/
Andrea W. Trento (Bar No. 28816)
HOGAN LOVELLS US LLP
Harbor East
100 International Drive, Suite 2000
Baltimore, MD 21202
Telephone: (410) 659-2700
Facsimile: (410) 659-2701
E-mail: andrea.trento@hoganlovells.com